JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR08-5012BHS |
| Plaintiff, | ORDER GRANTING DEFENSE MOTION TO CONTINUE PRETRIAL MOTIONS' DEADLINE |
| vs. | |
| ALVIN JOSEPH, | |
| Defendant. | |

Upon motion of the defendant to continue the pretrial motions' due date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions' due date in this matter be continued to March 7, 2008.

DONE this 22nd day of February, 2008.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s/ Colin A. Fieman
Colin A. Fieman
Attorney for Defendant

/s/ Gregory Gruber
Gregory Gruber
Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE     1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710